IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT ZIESKE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-00769-GEB-KJN |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| VISION FINANCIAL NETWORK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

     Pursuant to Plaintiff's Notice of Voluntary Dismissal filed on April 22, 2010, all claims against Defendant American Home Mortgage Servicing are dismissed, and this defendant is no longer a defendant in this action.  Since Plaintiff has voluntarily dismissed this defendant, American Home Mortgage Servicing's pending motion to dismiss (Docket No. 7) is denied as moot.

Dated:  May 20, 2010

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge