Thomas D. Reid        CSBN 237917
Sapphira Pixler       CSBN 224999
THE BURTON LAW FIRM
555 University Avenue • Suite 275
Sacramento, California 95825 USA
Telephone:    (916) 570-2740
Facsimile:    (916) 570-2744

Attorneys for Plaintiff, ROBERT ZIESKE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZIESKE, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VISION FINANCIAL NETWORK, AMERICAN BROKERS CONDUIT, INC. A NEW YORK CORPORATION, AMERICAN HOME MORTGAGE SERVICING, INC., A DELAWARE CORPORATION, SHAHRAM YEKTARAD, An Individual, MICHAEL AZAD, An Individual,<br>and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | NO. 2:10-CV-00769-GEB-KJN<br><br>**STIPULATION TO ADD DEFENDANT NATIONSTAR MORTGAGE, INC.**<br><br>(PROPOSED) ORDER |

　　　　IT IS HEREBY STIPULATED and agreed by and between ROBERT ZIESKE, (hereinafter "Plaintiff") and MICHAEL AZAD (hereinafter "Defendant"), that Plaintiff may amend his complaint and add NATIONSTAR MORTGAGE, INC. as a defendant in the above referenced matter.

　　　　Plaintiff's loan that is the subject of this litigation is now owned by Nationstar Mortgage, Inc. and therefore Plaintiff believes that Nationstar Mortgage, Inc. has successor

-1
STIPULATION TO ADD DEFNDANT

1 liability in this matter. Nationstar Mortgage, Inc. just recently purchased the loan in

2 question. Both parties agree to add Nationstar Mortgage, Inc. as a defendant to this matter.

      STIPULATED AND AGREED TO BY:

      DATED:

                                                                                        _____

                                                SAPPHIRA W. PIXLER
                                                Attorney for Plaintiff,
                                                ROBERT ZIESKE

      DATED:                                       _____

                                                MICHAEL AZAD, Defendant

**ORDER**

Pursuant to the stipulation of the parties, Plaintiff may file an amended complaint in which he adds Nationstar Mortgage, Inc. as a defendant within five days of the date on which this order is filed.

SO ORDERED.

Dated: 8/27/10

GARLAND E. BURRELL, JR.
United States District Judge