IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ZIESKE,<br><br>        Plaintiff,<br><br>    v.<br><br>VISION FINANCIAL NETWORK;<br>AMERICAN BROKERS CONDUIT, INC.,<br>A NEW YORK CORPORATION; SHAHRAM<br>YEKTARAD, An Individual; and<br>MICHAEL AZAD, An Individual, and<br>DOES 1 through 20, inclusive,<br><br>        Defendants.<br>_____ | 2:10-cv-00769-GEB-KJN<br><br><u>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE AND ORDER OF<br>DISMISSAL</u> |

        Plaintiff states in the Joint Status Report ("JSR") filed on November 29, 2010, "Defendant VISION FINANCIAL NETWORK has not appeared and Plaintiff has requested default against this defendant[; and,] Defendant YEKTARAD has been served and has not yet appeared." (ECF No. 34, 2:3-6.)

        Plaintiff shall file a motion for entry of default judgment as to Defendants Vision Financial Network and Shahram Yektarad within thirty days of the date this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on January 24, 2010, why these defendants should not be dismissed for failure of prosecution.

        Therefore, the status conference scheduled for December 13, 2010, is continued to commence at 9:00 a.m. on March 28, 2011. A Joint

Status Report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default judgment.

Further, an order issued on July 16, 2010, which notified Plaintiff under Federal Rules of Civil Procedure 4(m) and 41(b) that if any defendant has not been served with process, the unserved defendant may be dismissed. (ECF No. 16, 6-8.) The July 16, 2010 Order further notified Plaintiff that "[i]f a certificate of service is not filed forthwith proving service, it will be assumed that no service has been made and a dismissal order could issue." Id. 2:8-10. Since no proof of service has been filed for Defendant American Brokers Conduit, Inc., that defendant is dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated:   December 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge