IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ZIESKI, an individual,

    Plaintiff,

No. CIV S-10-0769 KJM-KJN

vs.

VISION FINANCIAL NETWORK;
SHAHRAM YEKTARAD, an individual;
MICHAEL AZAD, an individual;
NATIONSTAR MORTGAGE, LLC, a
Delaware Limited Liability Corporation,
and DOES 1 through 20, inclusive,

    Defendants.                   ORDER

_____/

      Plaintiff Robert Zieski filed a notice of dismissal of this action on February 25, 2011. (ECF 52.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and (B), Plaintiff can dismiss this action either by obtaining a stipulation of dismissal signed by all parties who have appeared or by court order. Plaintiff shall clarify how he seeks to effect dismissal within fourteen days of this order. If Plaintiff seeks a court order, any Defendant who has appeared shall have fourteen days from service of the request for an order to respond. IT IS SO ORDERED.

DATED: March 7, 2011.

_____
UNITED STATES DISTRICT JUDGE

1