IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ZIESKI, an individual,

     Plaintiff,                         No. CIV S-10-0769 KJM-KJN

     vs.

VISION FINANCIAL NETWORK;
SHAHRAM YEKTARAD, an individual;
MICHAEL AZAD, an individual;
NATIONSTAR MORTGAGE, LLC, a
Delaware Limited Liability Corporation,
and DOES 1 through 20, inclusive,

     Defendants.                <u>ORDER</u>

          This matter comes before the court upon plaintiff's request for a court order dismissing this action. (ECF 55.) Plaintiff had filed a notice of voluntary dismissal on February 25, 2011. (ECF 52.) The court issued an order on March 8, 2011 instructing plaintiff to clarify how he seeks to effect dismissal. (ECF 54.) Plaintiff filed the present request on March 11, 2011. (ECF 55.) Defendants were granted fourteen days from service of the March 11 request to respond (ECF 54); however, no defendant has filed a response. Accordingly, the court hereby ORDERS dismissal of this action without prejudice. The Clerk of the Court is instructed to CLOSE this case. Plaintiff's second amended motion for default judgment (ECF 44) and defendant Michael Azad's motion for extension of time (ECF 45) are hereby DENIED as moot.

1

1  The April 27, 2011 hearing on defendant Michael Azad's motion to remand is hereby

2  VACATED and the motion is DENIED as moot.  (ECF 48 & 51.)

3        IT IS SO ORDERED.

4  DATED: April 20, 2011.

                                  UNITED STATES DISTRICT JUDGE